## File Hashes for IP Address 72.184.11.206

**ISP:** Time Warner Cable
**Physical Location:** Plant City, FL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/06/2014 21:02:57 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 08/06/2014 21:01:08 | 948DEF2CA002798338B956D9E349A669474D6E4C | Lunchtime Fantasy |
| 05/16/2014 23:29:59 | DA1D07D6282B504FC8B85050E8ABA6BF22222C03 | A Thought of You Part 2 |
| 05/16/2014 23:09:20 | 70004C8D1ED476CC643164C60CDC5B45A0A69159 | Slippery Sensations |
| 04/30/2014 22:00:20 | C3B3424E7CADE25CC2EC4F9B59D57F43A7AD23A2 | Double Tease |
| 03/24/2014 08:47:53 | 88A0C83A12047FBB61420BA19719124DEB261210 | Only Girls |
| 03/23/2014 18:48:22 | 02AF56445FAACBD77BD72205EDEADEAAC80A5C25 | Insanely Gorgeous |
| 03/13/2014 14:57:15 | 7B11C274AD3B2D18E47CACA6763969D48F3F98A9 | Almost Famous |
| 03/12/2014 02:00:15 | B984222F1A2FD60EFAF2B6AE21D46BAAD97ABB1F | Threes Company |
| 03/12/2014 01:56:58 | D71A759979ACE0393A04292BF8528143A76DE309 | Sweet Dreamers |
| 02/06/2014 17:18:15 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 02/06/2014 03:01:11 | 5D088DFDF4E405FA3EB56C75B80DF1DE5C2163BB | Green Eyes |
| 02/06/2014 01:38:40 | 1346D27E1844FA76512A5343422CC18E21483FB2 | Seeing Double |
| 02/06/2014 01:36:23 | 70968554AAD3D8BD40558678D3318310CB828230 | Happy Birthday Capri |
| 02/05/2014 23:37:54 | 6D1EAE7E3C719810FE077818878FA5362A9EC660 | The Young and the Restless |
| 01/29/2014 00:26:10 | 436C66B21E313FAF8CFA6A0CE75FDD4F57EEC506 | I Can Not Wait |
| 01/28/2014 23:11:52 | 421637CD6834F1868AD0E05637B5017137FCFB6E | So Young |
| 01/16/2014 05:31:34 | BF745A5177582364AE1915808F155480935C98E9 | I Will See You In The Morning |
| 01/16/2014 02:09:23 | 9EBF0E4FFE4D6660F9C74F2D1FD8D9C723021E93 | Playing Dress Up |
| 01/16/2014 02:07:31 | 9A941F8D3EA653A4932BA30C4F0377596A33CE6F | The Way I Feel |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

LMFL197