**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 8:14-cv-02342-VMC-AEP |
| v. | ) |
| JOHN DOE subscriber assigned IP address 72.184.11.206, | ) |
| Defendant. | ) |

## STATUS REPORT

On October 31, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identity [CM/ECF 7]. Plaintiff effectuated service of the subpoena on the ISP on November 10, 2014. The ISP has not responded to the subpoena. However, a response is not currently due from the ISP until December 27, 2014. Once Plaintiff has received the ISP's response with the Defendant's biographical information, it will proceed to amend the summons and complaint and send it out for service on the Defendant.

Dated: December 9, 2014                     Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

         By:  /s/ *M. Keith Lipscomb*